```
              DISTRICT COURT OF THE VIRGIN ISLANDS

                      DIVISION OF ST. CROIX
```

REYNALDO MARTIN by RAMONA             :
MENDERS, his mother,                  :
                                      :
            Plaintiff,                :     2007-CV-34
v.                                    :
                                      :
TOYOTA de PUERTO RICO CORP.,          :
                                      :
            Defendant                 :
_____:

**ORDER APPROVING SETTLEMENT, APPOINTMENT OF GUARDIAN
AND DISBURSAL OF FUNDS**

THIS MATTER is before the Court on the Notice of Petition for Approval of Settlement, Appointment of Guardian and Disbursal of Funds.  It is hereby;

**ORDERED** that the case was settled on behalf of Reynaldo Martin, a minor, for $145,000.00.  The distribution of the charges of the settlement proceeds and the net proceeds shall be distributed as set forth in the petition.  Alan Bronstein shall be appointed as Guardian of the proceeds of the settlement amount to the minor pursuant to Titles 15 and 16 of the Virgin Islands Code Act (15 V.I.C. § 1241 et seq.) to serve without bond and discharge the duties and obligations as set forth in the Code. No successor guardian shall serve without approval of the Court except as provided herein.  The Guardian shall insure that the monies are placed in an interest bearing account until the minor reaches the age of 18, at which time all funds will be turned

over to the minor. The Guardian may disburse monies from said fund only after written Court approval of such expenditures until the minor's eighteenth (18th) birthday.

                                        ENTER:

Dated: February 6, 2008         _____/s/_____
                                                    GEORGE W. CANNON
                                                    U.S. MAGISTRATE JUDGE